**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SUN WEST MORTGAGE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02227-SHL-tmp |
| KEVIN E. TAYLOR JR., TONI E. | ) | |
| TAYLOR, LVNV FUNDING LLC, AND | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

**ORDER GRANTING IN PART UNOPPOSED MOTION TO ABATE CASE**

Before the Court is Plaintiff Sun West Mortgage Company, Inc.'s ("Sun West") Unopposed Motion to Abate Case, filed May 8, 2026.  (ECF No. 13.)  In the Motion, Sun West asserts that it is necessary that this foreclosure action be put on hold pursuant to 11 U.S.C. § 362, because Defendant Kevin E. Taylor Jr. filed for Chapter 13 Bankruptcy.  (Id. at PageID 124.) Sun West "respectfully requests that this suit and all upcoming deadlines and settings be abated for at least a ninety (90) day period to allow the Defendant to move forward with the bankruptcy matter."  (Id. at PageID 125.)

There has been no scheduling conference in this matter, so there are no deadlines to abate.  Nevertheless, given that a stay is mandatory under § 362, the Motion is **GRANTED IN PART** to the extent that this case shall be stayed until Taylor's bankruptcy is resolved.  Plaintiff shall notify the Court within thirty days of the bankruptcy matter's resolution.

**IT IS SO ORDERED,** this 8th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE